IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIA YANG, | Case No. 1:07cv00663 GSA |
| | ORDER REGARDING MOTION TO DISMISS COMPLAINT |
| Plaintiff, | (Document 16) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner, | |
| Defendant. | |

Plaintiff initially filed her complaint in this matter on April 17, 2007. (Document 2) On November 16, 2007, Plaintiff filed a Motion to Dismiss the Complaint based on a lack of merit. (Document 16) Having read and considered the request, and good cause appearing therefor, Plaintiff's Motion to Dismiss the Complaint is GRANTED. This terminates the action in its entirety.

IT IS SO ORDERED.

Dated:    **November 9, 2007**           /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

1